DAVIES and others, Adm'rs, *v.* LATHROP, Receiver, etc.

*(Circuit Court, S. D. New York. July 12, 1882.)*

BILL OF EXCEPTIONS.
    Requisite for review of points brought up.

On Motion for New Trial.

WALLACE, C. J. The plaintiffs' motion for a new trial is dismissed.

The other branch of the motion will not be considered until a bill of exceptions is prepared and presented for settlement.

See S. C. *ante,* 353.